146 A.3d 475

**ROBERTS, Aaron B.**

v.

**SECRETARY OF DPSCS**

**No. 282, Sept. Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

(No. 24-C-14-000112, Circuit Court for Baltimore City). Petition for writ of certiorari denied.

■

146 A.3d 476

**ROSS**

v.

**CITY OF ANNAPOLIS**

**No. 265, Sept. Term, 2016**

Court of Appeals of Maryland.

September 29, 2016

Dismissed by the Court of Special Appeals (No. 1969, Sept. Term, 2015).

Petition for writ of certiorari denied.